Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, Eighth Floor
Reno, NV 89501
Telephone: 775.440.2373
Fax: 775.440.2376
*Attorneys for Defendants, Venetian Las Vegas Gaming, LLC, Pioneer OpCo, LLC, Apollo Global Management, Inc., Susan Schaffer, Thomas LaRosa, and Yvonne Brooks*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER KEARNEY, an individual; TIGRAN KARAKASHYAN, an individual; FREDRIC SAFLOR, an individual; and MARK RAYBURN, an individual,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>VENETIAN LAS VEGAS GAMING, LLC d/b/a THE VENETIAN LAS VEGAS d/b/a THE VENETIAN RESORT LAS VEGAS, a domestic limited-liability company; VENETIAN CASINO RESORT LLC, a domestic limited-liability company; PIONEER OPCO, LLC, a domestic limited-liability company; APOLLO GLOBAL MANAGEMENT, INC., a corporation; THOMAS LAROSA, an individual; YVONNE BROOKS, an individual; SUSAN SCHAFFER, an individual; BRYAN GURDEN, an individual; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:25-cv-01121-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

　　　　Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants Venetian Las Vegas Gaming, LLC,

Pioneer OpCo, LLC, Apollo Global Management, Inc., Susan Schaffer, Thomas LaRosa, Yvonne

Brooks and Plaintiffs Heather Kearney, Tigran Karakashyan, Fredric Saflor and Mark Rayburn

- 1 -

("Plaintiffs") hereby requests that Defendants be granted a three-week extension of time, up to an including July 21, 2025, to file their response to Plaintiffs' Complaint (ECF. No. 1). The present deadline for Defendant to files its response is June 30, 2025. This is the parties' first request for an extension of time for Defendant to file its response.

Defendants respectfully request this extension in order to have the time to fully research the facts and circumstances underlying this case, and not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a twenty-one day extension of time up to and including July 21, 2025 for Defendants to file their response to Plaintiff's Complaint.

| DATED this 30th day of June, 2025. | DATED this 30th day of June, 2025. |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C | FILIPIAK LAW |
| /s/ Molly M. Rezac<br>Nevada Bar No. 7435<br>200 S. Virginia Street, 8th Floor<br>Reno, NV 89501<br>*Attorneys for Defendants, Venetian Las Vegas Gaming, LLC, Pioneer OpCo, LLC, Apollo Global Management, Inc., Susan Schaffer, Thomas LaRosa, and Yvonne Brooks* | /s/ Michael Filipiak<br>Nevada Bar No. 12962<br>1887 Whitney Mesa Road, Suite 1515<br>Henderson, NV 89014<br>*Attorneys for Plaintiffs, Heather Kearney, Tigran Karakashyan, Fredric Saflor and Mark Rayburn* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

7-1-25
DATED

90837419.v1-OGLETREE