```
 1  Molly M. Rezac
    Nevada Bar No. 7435
 2  molly.rezac@ogletree.com
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
 3  200 S. Virginia Street, Eighth Floor
    Reno, NV 89501
 4  Telephone: 775.440.2373
    Fax: 775.440.2376
 5  Attorneys for Defendants, Venetian Las Vegas
    Gaming, LLC, Pioneer OpCo, LLC, Apollo
 6  Global Management, Inc., Susan Schaffer,
    Thomas LaRosa, and Yvonne Brooks
 7
```

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER KEARNEY, an individual; TIGRAN KARAKASHYAN, an individual; FREDRIC SAFLOR, an individual; and MARK RAYBURN, an individual,<br><br>               Plaintiffs,<br>vs.<br><br>VENETIAN LAS VEGAS GAMING, LLC d/b/a THE VENETIAN LAS VEGAS d/b/a THE VENETIAN RESORT LAS VEGAS, a domestic limited-liability company; PIONEER OPCO, LLC, a domestic limited-liability company; APOLLO GLOBAL MANAGEMENT, INC., a corporation; THOMAS LAROSA, an individual; YVONNE BROOKS, an individual; SUSAN SCHAFFER, an individual; BRYAN GURDEN, an individual; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>               Defendants. | Case No.: 2:25-cv-01121-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

      Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants Venetian Las Vegas Gaming, LLC, Pioneer OpCo, LLC, Apollo Global Management, Inc., Susan Schaffer, Thomas LaRosa, Yvonne Brooks and Plaintiffs Heather Kearney, Tigran Karakashyan, Fredric Saflor and Mark Rayburn ("Plaintiffs") hereby request that Defendants be granted a two-week extension of time, up to an

including August 4, 2025, to file their response to Plaintiffs' First Amended Complaint (ECF. No. 10). The present deadline for Defendants to file their response is July 21, 2025. This is the parties' first request for an extension of time for Defendants to file their response to the Plaintiffs' First Amended Complaint.

Defendants removed this action on June 23, 2025 (ECF No. 1). On July 1, 2025, the Order extending Defendants' time to respond to the Complaint to July 21, 2025 was entered. (ECF No. 7). On July 8, 2025, Plaintiffs filed their First Amended Complaint (ECF No. 10), and their Motion to Remand to State Court on July 16, 2025. Defendants respectfully request this extension in order to allow the parties time to discuss the procedural posture of this matter, as well as continue to researching the background facts and circumstances of this case, and not for purposes of delay. Good cause exists to extend the response deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, the parties respectfully request a fourteen-day extension of time up to and including August 4, 2025 for Defendants to file their response to Plaintiff's Complaint.

| DATED this 21st day of July, 2025. | DATED this 21st day of July, 2025. |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C | FILIPIAK LAW |
| */s/ Molly M. Rezac* <br> Nevada Bar No. 7435 <br> 200 S. Virginia Street, 8th Floor <br> Reno, NV 89501 <br> *Attorneys for Defendants, Venetian Las Vegas Gaming, LLC, Pioneer OpCo, LLC, Apollo Global Management, Inc., Susan Schaffer, Thomas LaRosa, and Yvonne Brooks* | */s/ Michael J. Filipiak* <br> Nevada Bar No. 12962 <br> 1887 Whitney Mesa Road, Suite 1515 <br> Henderson, NV 89014 <br> *Attorney for Plaintiffs, Heather Kearney, Tigran Karakashyan, Fredric Saflor and Mark Rayburn* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

7-29-25
DATED

- 3 -

91238960.v1-OGLETREE